FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 04, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES A. BIRD and BEVERLY BIRD, husband and wife, individually, and the marital property comprised thereof, | No. 2:25-CV-00017-SAB |
| Plaintiffs, | **ORDER OF DISMISSAL** |
| v. | |
| TRAVELERS PERSONAL INSURANCE COMPANY, a corporation, | |
| Defendant. | |

Before the Court is the parties' Stipulated Motion for Dismissal with Prejudice, ECF No. 16. Plaintiffs are represented by Rick J. Wathen. Defendant is represented by Kirsten Curtis.

The parties stipulate and request the Court dismiss this matter with prejudice and without costs or attorney fees to any party. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the joint wishes of the parties, the Court finds good cause to accept the stipulation and enter it into the record.

Accordingly, **IT IS HEREBY ORDERED**:

1.      The parties' Stipulated Motion for Dismissal with Prejudice, ECF No. 16, is **GRANTED**.

2.      The above-captioned case is **DISMISSED with prejudice** and

**ORDER OF DISMISSAL** * 1

without costs or attorney's fees.

IT IS SO ORDERED. The District Court Clerk is hereby directed to file this Order, provide copies to counsel, and **close** the file.

DATED this this 4th day of March 2026.



Stan Bastian
Chief United States District Judge

ORDER OF DISMISSAL * 2